In re Davis, Charles Ray; — -Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court Div. 4, No. 292555; to the Court of Appeal, Second Circuit, No. 49457-KH.
Denied. Relator fails to carry his burden post-conviction under La.C.Cr.P. art. 930.2 of showing counsel’s performance was deficient under Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). In addition, relator’s claim of ineffective assistance by counsel during the habitual offender adjudication is not cognizable on collateral review. La.C.Cr.P. art. 930.3; State v. Cotton, 09-2397 (La.10/15/10), 45 So.3d 1030; State v. Thomas, 08-2912, (La.10/16/09), 19 So.3d 466.